UNITED STATES DISCTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NIKE, INC., <br><br>  Plaintiff, <br><br> v. <br><br> MAZIN ABDULHAMID OSHAISH, an individual, and dba PHRESH FASHION, and DOES 1-10, inclusive, <br><br>  Defendants. | CASE NO.  09-CV-01438-JAM-DAD <br><br> **ORDER CONTINUING EXPERT DISCOVERY DEADLINES** |

Having reviewed the Stipulation to Continue Expert Discovery Deadlines of the parties herein, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that (1) the deadline for the parties to make expert disclosures is August 20, 2010; (2) the deadline for the parties to disclose rebuttal experts is September 3, 2010; and (3) expert discovery is to be completed by September 17, 2010.

IT IS SO ORDERED.

DATED: June 16, 2010   /s/ John A. Mendez
                                               Honorable John A. Mendez
                                               U.S. District Court Judge

7E3F7436.doc    **[PROPOSED] ORDER**
**CASE NO. 09-CV-01438 JAM DAD**

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

PDF created with pdfFactory trial version www.pdffactory.com