1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

UNITED STATES DISCTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NIKE, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>MAZIN ABDULHAMID OSHAISH, an individual, and dba PHRESH FASHION, and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO.  09-CV-01438-JAM-DAD<br><br>**ORDER GRANTING REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271** |

19
20
21
22
23
24
25
26

  Having reviewed the Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) Pursuant To Local Rule 16-271 of the parties herein, and GOOD CAUSE APPEARING THEREFOR,

  IT IS HEREBY ORDERED that, pursuant to Local Rule 16-271, the action is hereby referred to the Voluntary Dispute Resolution Program (VDRP) pursuant to the following conditions: (1) that any settlement attempts pursuant to the Program be completed by August 12, 2010; (2) that Plaintiff's representative for settlement purposes be available by telephone and is

27
28

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

7E3F7436.doc                             **[PROPOSED] ORDER
CASE NO. 09-CV-01438 JAM DAD**

PDF created with pdfFactory trial version www.pdffactory.com

excused from personal attendance at any settlement attempt pursuant to the Program; and (3) that Defendant's deposition proceed the following day after any failed settlement attempt pursuant to the Program, and in no event later than August 13, 2010.

    IT IS SO ORDERED.

DATED: June 25, 2010           s/ John A. Mendez
                                      Honorable John A. Mendez
                                         U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com